

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-19-00796-CV

Jane G. **GARCIA,**
Appellant

v.

Daniel Muniz **GARCIA,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLB001496-C3
Honorable Victor Villarreal, Judge Presiding

## O R D E R

Appellant's brief was filed March 10, 2020. Appellee's brief was thus due April 9, 2020. No appellee's brief, however, was filed. This appeal will be set "at issue" in ten days. If appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court